IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>SHENZHEN TENDA TECHNOLOGY CO., LTD.,<br><br>   Defendant. | CIVIL ACTION NO. 4:19-cv-880<br><br>**JURY TRIAL DEMANDED** |

**FINAL DEFAULT JUDGMENT
AGAINST SHENZHEN TENDA TECHNOLOGY CO., LTD.**

Pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, the Court enters this Final Judgment By Default. Defendant Shenzhen Tenda Technology Co., Ltd. ("Shenzhen Tenda") has not appeared or made any responsive pleading in this case, and the Clerk has entered default (Dkt. #12). Therefore, Shenzhen Tenda is **ADJUDGED** to infringe Plaintiff's United States Patent Nos. 7,088,782, 7,310,304, and 7,706,458.

This Court held an evidentiary hearing on June 23, 2021 during which Plaintiff American Patents LLC ("Plaintiff") submitted additional evidence as to the amount of damages. The Court has determined that the Shenzhen Tenda products listed as having one or more Infringing Units Per Product in Attachment D ("List of Accused Products") to the February 4, 2021 Expert Report of Nicholas I. Burkett, CPA/ABV/CFF, CFE Relating to Damages meet every limitation of at least one claim of at least one of Plaintiff's United States Patent Nos. 7,088,782, 7,310,304, and 7,706,458.

It is, therefore, **ORDERED** that Plaintiff American Patents LLC ("American") shall recover from Shenzhen Tenda $158,474 for past damages caused by Shenzhen Tenda's infringement.

It is further **ORDERED** that American shall recover from Shenzhen Tenda prejudgment interest on all sums awarded, applying the prime rate, compounded quarterly, from the beginning of the damages period until the date of judgment, which amounts to $44,638.03.

It is further **ORDERED** that American shall recover from Shenzhen Tenda post-judgment interest on all sums awarded, calculated pursuant to 28 U.S.C.§ 1961 from the date of the judgment of April 20, 2021, until the judgment is satisfied.

It is further **ORDERED** that American is awarded an ongoing royalty of $0.30 per infringing unit.

It is further **ORDERED** that American shall recover from Shenzhen Tenda American's costs pursuant to 28 U.S.C. § 1920.

All relief not previously granted is denied.  The Clerk is directed to close the above case.

**IT IS SO ORDERED.**

 **SIGNED this 25th day of June, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE